**FILED**
May 27, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ANTONIO URBINA IZAGUIRRE,

    Defendant.

Case No. 2:25-mj-00083-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE ANTONIO URBINA IZAGUIRRE</u>, Case No. <u>2:25-mj-00083-SCR</u>, Charge <u>40 U.S.C. § 121</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __x__ (Other): <u>Released forthwith pursuant to time served sentence.</u>

Issued at Sacramento, California on May 27, 2025, at 2:30 PM.

By: _____
Magistrate Judge Sean C. Riordan